Bradley D. Sharp, Receiver
Development Specialists, Inc.
333 S. Grand Ave., Suite 4100
Los Angeles, CA 90071
Tel.: (213) 617-2717
Fax: (213) 617-2718
Email: bsharp@DSIconsulting.com

**U.S. COURTS**

**APR 11 2019**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Receiver

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    vs.

DIRECT LENDING INVESTMENTS, LLC,

    Defendant.

Misc. Civ. Action No.: 19-MC-10419-BLW

**NOTICE OF RECEIVERSHIP PURSUANT TO 28 U.S.C. § 754 AND REQUEST FOR THE ISSUANCE OF A MISCELLANEOUS CASE NUMBER**

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 754, Bradley D. Sharp, in his capacity as Receiver for Direct Lending Investments, LLC; Direct Lending Income Fund, L.P.; Direct Lending Income Feeder Fund, Ltd.; DLI Capital, Inc.; DLI Lending Agent, LLC; and DLI Assets Bravo, LLC and their successors, subsidiaries and affiliated entities, appointed in the matter of *Securities and Exchange Commission v. Direct Lending Investments, LLC,* United States District Court for the Central District of California, Case No. 2:19-cv-02188 ("Receivership Action"), hereby files the complaint and the appointment order in the Receivership Action in this district in which assets of the receivership estate may be located. The Receiver is requesting that a miscellaneous civil case number be issued based on the filing of this Notice in this district. A certified copy of the complaint in the Receivership Action is attached hereto as Exhibit "1," and a certified copy of the Preliminary Injunction Order and Order Appointing Permanent Receiver in the Receivership Action is attached hereto as Exhibit "2."

This filing is made pursuant to 28 U.S.C. §754, which states in pertinent part:

> Such receiver shall, within ten days after the entry of his order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located.  The failure to file such copies in any district shall divest the receiver of jurisdiction and control over all such property in that district.

Dated: April 8, 2019

BRADLEY D. SHARP
Receiver

Development Specialists, Inc.
333 S. Grand Ave., Suite 4100
Los Angeles, CA 90071
Tel.: (213) 617-2717
Fax:  (213) 617-2718
Email:  bsharp@DSIconsulting.com